```
                                                    FILED

                                                2007 NOV -8 PM 2:44

                                                CLERK US DISTRICT COURT
                                                SOUTHERN DISTRICT OF CALIFORNIA

                                                BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON, JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07CR02508-GT |
| Plaintiff, | **ORDER** |
| v. | |
| FERNANDO TORRES-ALCANTAR, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the sentencing hearing currently scheduled for December 20, 2007, at 9:00 a.m., be continued to January 22, 2007, at 9:00 a.m.

**SO ORDERED.**

DATED: 11/8/07

for _____
**HONORABLE GORDON THOMPSON, JR.**
United States District Judge

1